**From:** notice@dmcagateway.com
**To:** DMCA@centurylink.com
**Bcc:** bcc-us@dmcagateway.com
**Subject:** Notice of Claimed Infringement [Case No. 48187491976]
**Date:** Friday, January 21, 2022 10:33:27 PM
**Attachments:** GpgOL_original_OpenPGP_message.txt

---

Notice of Claimed Infringement

Notice ID: 48187491976
Notice Date: 2022-01-22 08:33:27

Dear Sir or Madam:

This message is sent on behalf of Bodyguard Productions, Inc..

Under penalty of perjury, I assert that PML Process Management Ltd. is authorized to act on behalf of the owner of the exclusive copyrights that are alleged to be infringed herein.

Bodyguard Productions, Inc. owns the copyrights to the movie The Hitmans Bodyguard. The unauthorized download and distribution of this file by your IP address constitutes copyright infringement.

Please see below details for the infringements:

Protocol: BITTORRENT
Infringed Work: The Hitmans Bodyguard
Infringing FileName: The.Hitmans.Bodyguard.2017.720p.WEBRip.x264.AAC-Ozlem
Infringing FileSize: 926915386
Infringer's IP Address: 174.23.10.164
Infringer's Port: 60966
Initial Infringement Timestamp: 2022-01-21 21:58:04

And, you're also creating a security risk on your computers, devices and networks when you download unauthorized movies or allow others to do so from your Internet connection.

We respectfully ask that you stop infringing and redistributing Bodyguard Productions, Inc. copyright protected content, and take the proper steps to secure your Internet so that others do not infringe and redistribute our content as well.

We have a good faith belief that use of the copyrighted material detailed above is not authorized by the copyright owner, its agent, or the law. In addition, we have a good faith subjective belief that the use does not constitute fair use. The information in this notice is accurate and we state, under penalty of perjury, that we are authorized to act on behalf of the owner of the copyright that is allegedly infringed. This letter is not a complete statement of Bodyguard Productions, Inc.'s rights in connection with this matter, and nothing contained herein constitutes an express or implied wavier of any rights or remedies of Bodyguard Productions, Inc. in connection with this matter, all of which are expressly reserved.

We appreciate your assistance and thank you for your cooperation in this matter.

Respectfully,

/Thomas Nowak/
Thomas Nowak

**Exhibit "2"**

PML Process Management Ltd.
notice@dmcagateway.com
Address:
Lordou Vyronos, 61-63, Floor 5
Larnaca 6023
Cyprus

<?xml version="1.0" encoding="UTF-8"?>
<Infringement>
<Case>
<ID>48187491976</ID>
</Case>
<Complainant>
<Entity>Bodyguard Productions, Inc.</Entity>
<Contact>Thomas Nowak</Contact>
<Address>Lordou Vyronos, 61-63, Floor 5 Larnaca 6023 Cyprus</Address>
<Email>notice@dmcagateway.com</Email>

</Complainant>
<Service_Provider>
<Entity>CenturyLink</Entity>
<Contact>Copyright Agent</Contact>
<Address>5454 West 110th Street,, Mailstop: KSOPKJ0701, Overland Park, Kansas 66211</Address>
<Phone>913-397-3427</Phone>
<Email>DMCA@centurylink.com</Email>
</Service_Provider>
<Source>
<TimeStamp>2022-01-21T21:58:04Z</TimeStamp>
<IP_Address>174.23.10.164</IP_Address>
<Port>60966</Port>
<Type>BitTorrent</Type>
</Source>
<Content>
<Item>
<Title>The Hitmans Bodyguard</Title>
<FileName>The.Hitmans.Bodyguard.2017.720p.WEBRip.x264.AAC-Ozlem</FileName>
<FileSize>926915386</FileSize>
<Type>Movie</Type>
<Hash Type="SHA1">D153664503E92A302CDDF04B7308848CEC1E62DA</Hash>
</Item>
</Content>
</Infringement>