CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re Subpoena to** | ) | **Case No.:  1:22-mc-** |
| | ) | |
| **CenturyLink Communications,** | ) | |
| **LLC** | ) | |

DECLARATION PURSUANT TO 17 U.S.C. 512(h)

KERRY S. CULPEPPER, hereby declares under penalty of law that the

following is true and correct:

1.      I am an attorney licensed to practice law in Hawai'i  and Virginia and

represent the owners of the copyrights in the motion pictures shown in the attached

Exhibit "1".

2.      This declaration is made in support of the accompanying subpoena,

pursuant to 17 USC 512(h)(2)(C).

3.      The purpose of the accompanying Subpoena is to obtain the identities

of the alleged copyright infringers, namely the individuals who are distributing

copies of the motion picture.  The information obtained will be used only for the

1

20-023F3

purpose of protecting the rights granted to the copyright owner.


I declare under penalty of perjury that the foregoing is true and correct.


DATED: Kailua-Kona, Hawaii, May 3, 2022.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Owners/Requestors

2

20-023F3